UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH<br>)<br>)  MDL No. 2100<br>) |

This Document Relates To:

*Brittney Myles v. Bayer Corporation, et al.*   3:10-cv-20231-DRH-PMF

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on November 24, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
      **Deputy Clerk**

Date: November 24, 2014

Digitally signed by David R. Herndon
Date: 2014.11.24 16:14:05 -06'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT